```
            UNITED STATES DISTRICT COURT
           SOUTHERN DISTRICT OF MISSISSIPPI
                   NORTHERN DIVISION
```

SCHNITTA SCHNETTE PATRICK                              PLAINTIFF

v.                         CIVIL ACTION NO. 3:20-cv-333-TSL-MTP

COMMISSIONER OF SOCIAL SECURITY ADMINISTRATION         DEFENDANT


<u>ORDER</u>

This cause is before the court on the report and recommendation of Magistrate Judge Michael T. Parker entered on June 22, 2022, recommending that the commissioner's final decision be affirmed in part and reversed in part, that this action be remanded to the commissioner for further administrative proceedings and that all other relief requested by plaintiff be denied.  Neither party has filed an objection and the time for doing so has expired.  Having considered the report and recommendation, together with the record in this case, and having concluded that the report and recommendation is neither clearly erroneous nor contrary to law, the court will adopt the June 22, 2022 report and recommendation as its own opinion.

Based on the foregoing, the court hereby adopts, as its own opinion, the June 22, 2022 report and recommendation of Magistrate Judge Michael T. Parker.  It follows that the commissioner's final decision is affirmed in part and reversed in part, that this action is remanded to the commissioner for

1

further administrative proceedings consistent with the court's opinion and that all other relief requested by plaintiff is denied.

A separate judgment will be entered in accordance with Rule 58 of the Federal Rules of Civil Procedure.

SO ORDERED this 18th day of July, 2022.

/s/ Tom S. Lee
UNITED STATES DISTRICT JUDGE